**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIME'S UP, INC.        Plaintiff, | Case No. **07 CV 9557** |
| -v- | **Rule 7.1 Statement** |
| THE CITY OF NEW YORK, COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT        Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Time's UP Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 10-25-7

Signature of Attorney

Attorney Bar Code: WS60R