# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIME'S UP, INC.

*Plaintiff*,

v.   Case No. 07CV9557 (PAC)

THE CITY OF NEW YORK, COMMISSIONER OF THE NEW YORK POLICE DEPARTMENT RAY KELLY, OFFICER CARLYN FANALE, OFFICER STEVEN BOBBETT, OFFICER LUIS MORTIMER, DEPUTY INSPECTOR THOMAS GRAHAM *and* APPROXIMATELY 34 OTHER UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,

*Defendants.*

---

**BRIEF OF PLAINTIFF TIME'S UP IN OPPOSITION TO DEFENDANT**

**NEW YORK CITY'S MOTION TO DISMISS THE COMPLAINT**

---

**TIME'S UP, INC.**, Plaintiff

By

WylieLAW
WYLIE M. STECKLOW, ESQ.( WMS 6012)
10 SPRING – SUITE 1 – N Y C   10012
Phone: 212 566 8000
Fax:             212 202 4952
E-mail:wylie@WYlielAW.com

TABLE OF CONTENTS

Table of Authorities ……………………………………………………………… ii

Preliminary Statement ………………………………………………………….. 1

    I.    **Time's Up is an appropriate Plaintiff to Seek Redress for Wrongs Committed by the NYPD upon Time's UP** …………………….. 2

    II.    **First Amendment: Retaliation by NYPD for First Amendment Protected Expressive Activity is Alleged & Actionable** ………………. 3

    III.    **First Amendment: Defendant Violated Time's UP Right of Association** …………………………………………………… 7

    IV.    **Defendant's Wrongful Conduct Deprived Time's Up of its Constitutionally Protected Property Interests Pursuant to the Due Process Clause of the Fourteenth Amendment** …………………………..10

    V.    **Times UP Properly Pled Allegations Supporting a Violation of Its Fourth Amendment Right Against Unlawful Search and Seizure** ….. 13

            A.  *Time's UP Not Subject to Administrative Search as Licensed Premise* ………………………………………………. 16

            B.  *Warrantless Search of Time's UP Pursuant to ABC§ 106(15) Is Not Constitutional* ………………………… 19

            C.  *Time's UP Was Not Subject to A Search for Purported Violations of the Cabaret Law* ……………………. 19

            D.  *Time's UP Was Not Subject to A Search for Purported Violations of the Building Code* ………………….. 20

            E.  *Police Were Not Acting as Administrative Inspectors* ……….. 22

            F.  *Any Search or Seizure Must be Tailored to Facts Known by Officers Present* …………………………………………. 22

    VI.    **The Plaintiffs Have Given Sufficient and Fair Notice To the Defendants of Various Constitutional Violations For Which It Seeks Recompense** ……………………………................. 24

Conclusion ………………………………………………………………… 25

**Cases**

Anti-Fascist Committee v. McGrath,
341 US 123, 71 S. Ct. 624, 95 L.Ed. 817 (1951)..................................................................2

Baker v. McCollan, 443 U.S. 137, 99 S. Ct. 2689, 61 L. Ed. 2d 433 (1979).....................1

Benigni v. City of Hemet, 879 F.2d 473 (9th Cir. 1988) ................................... 10, 11, 13

Bennett v. Hendrix, 423 F.3d 1247 (11th Cir. 2005) ........................................................4

Bennett v. Schmidt, 153 F.3d 516 (7th Cir.1998)); .........................................................24

Blackie's House of Beef, Inc. v. Castillo,
659 F.2d 1211 (D.C. Cir. 1981), *cert. denied*, 455 U.S. 940 (1992) ...............................13

College Savings Bank v. Florida P.P.E.E.B.,
527 U.S. 666, 119 S. Ct. 2219, 144 L. Ed. 2d 605 (1999). ..............................................12

Colonnade Catering v. U. S.,
397 U.S. 72, 90 S.Ct. 774, 25 L.Ed.2d 60 (1970).........................................14, 15, 17, 18

Conley v. Gibson, 355 U.S. 41, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957))................................24

Constantine v. Rectors, George Mason Univ., 411 F.3d 474 (4th Cir. 2005). ...................4

Curley v. Vill. of Suffern, 268 F.3d 65 (2d Cir. 2001) .....................................................24

Curley v. Village of Suffern, 268 F.3d 65 (2d Cir. 2001) ..................................................4

Davis v. City of New York, (JFB) (E.D.N.Y. 2-15-2007) ...............................................24

Dioguardi v. Durning, 139 F.2d 774 (2d Cir.1944) .........................................................24

Donovan v. Dewey, 452 U.S. 594, 101 S.Ct. 2534, 69 L.Ed.2d 262 (1981) ....................15

Duke Power Co. v. Carolina Environmental Study Group,
438 U.S. 59, 98 S.Ct. 2620, 57 L.Ed.2d 595 (1978).........................................................1

Ecolab, Inc., v. K. P. Laundry Machinery, Inc.,
656 F. Supp. 894 (S.D.N.Y. 1987).................................................................................12

EEOC v. Concentra, 496 F.3d 773 (7th Cir. 2007)..........................................................24

Financial Management Professional Corp. v. USA,
1988 U.S. Dist. LEXIS 10817 (EDPA, Sept 23, 1988, J. Necomber) ..............................3

First National Bank v. Bellotti,
435 U.S. 765, 98 S Ct 1407, 55 L Ed 2d 707 (1978) ..................................................... 3

Florida v. Royer, 460 U.S. 491, 103 S.Ct. 1319, 75 L.Ed.2d 229 (1983) ........................ 23

Franco v. Kelly, 854 F.2d 584, 590 (2d Cir. 1988) ......................................................... 13

Freeman v. City of Santa Ana, 68 F.3d 1180 (9th Cir. 1995) ..................................... 7, 13

Friedlander v. Cimino, 520 F.2d 318 (2nd Cir. 1975) ..................................................... 24

Garber Bros., Inc. v. Evlek, 122 F.Supp.2d 375 (E.D.N.Y. 2000) .................................. 12

Gladstone, Realtors v. Village of Bellwood,
441 U.S. 91, 99 S.Ct. 1601, 60 L.Ed.2d 66 (1976) .......................................................... 1

GM Leasing v. United States,
429 U.S. 338, 97 S.Ct. 619, 50 L.Ed.2d 530 (1977) ...................................................... 15

Gomez v. Toledo, 446 U.S. 635, 100 S. Ct. 1920, 64 L. Ed. 2d 572 (1980) ..................... 1

Graham v. Connor, 490 U.S. 386, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989) .................. 22

Hillside Productions, Inc. v. Duchane, 249 F.Supp.2d 880 (E.D.Mich. 2003), ................. 3

Hou v. NYCDEP, (S.D.N.Y. 2001) 98 Civ. 1518 (LBS) (HBP) ....................................... 25

Howland v. Kilquist, 833 F.2d 639 (7th Cir. 1987). ......................................................... 13

Hunt v. Washington State Apple Advertising Commission,
432 U.S. 333, 97 S.Ct. 2434, 53L.Ed.2d 383 (1977) ....................................................... 8

Hurlman v. Rice, 927 F.2d 74 (2nd Cir. 1991) ................................................................ 23

In re Norman Schultz, 250 B.R. 22 (E.D.NY. 2000) ....................................................... 12

Kerman v. City of New York, 261 F.3d 229 (2nd Cir. 2001), .......................................... 22

Marshall v. Barlow's Inc.,
436 U.S. 307, 98 S.Ct. 1816, 56 L.Ed.2d 305 (1978), ................................................... 21

Mendocino Environ. Ctr. v. Mendocino County,
192 F.3d 1283, 1300 (9th Cir. 1999) ................................................................................ 4

N.Y. v. Burger,
482 U.S. 691, 107 S.Ct. 2636, 96 L.Ed.2d 601 (1987) ............................................ passim

NAACP v. Alabama,
357 US 449, 78 S.Ct. 1163, 2 L.Ed.2d 1488 (1958 ...................................................... 2

NYSLA v. Sutton Social Club, 93 Misc.2d 1024 (Sup. Ct. N.Y.Co. 1978) .............. 16, 17

O'Neill v. Krzeminski, 839 F.2d 9 (2d Cir. 1988). ....................................................... 24

Parkway Garage  v. City Of Philadelphia, 5 F.3d 685 (3rd Cir. 1993) ............................ 3

Payton v. New York,
445 U.S. 573, 100 S.Ct. 1371, 63 L.Ed.2d 639 (1980) ....................................... 14, 15, 23

Pembaur v. Cincinnati, 475 U.S. 469 (1986) .................................................................. 1

Physicians' Serv. Med. Group v. San Bernardino County,
825 F.2d 1404 (9th Cir. 1987) ...................................................................................... 11

Provost v. City of Newburgh, 262 F.3d 146 (2d Cir. 2001) ........................................... 24

R.S.S.W., Inc. v. City of Keego Harbor,
18 F. Supp.2d 738 (E.D.Mich. 1998) ............................................................................ 10

Reid v. Georgia, 448 U.S. 438 (1980) ........................................................................... 23

Roberts v. U.S. Jaycees, 468 U.S. 609, 104 S.Ct. 3244, 82 L.Ed.2d 462 (1984). ............. 8

Saleh v. City of New York (06 Civ. 1007 (SHS))( S.D.N.Y. 12-17-2007) ..................... 13

San Bernardino Physicians' Services Medical Corp, Inc. v. San Bernardino County,
825 F.2d 1404 (9th Cir 1987) ......................................................................................... 3

Sanderson v. Village of Greenhills, 726 F.2d 284 (6th Cir. 1984) ................................. 11

Sepulveda v. Matos, 306 F.Supp.2d 100 (D.P.R 2004) ............................................ 15, 18

Simon v. Eastern Kentucky Welfare Rights Org.,
426 U.S. 26, 96 S.Ct. 1917,  48 L.Ed.2d 450 (1976) ....................................................... 1

Smith v. Meese, 821 F.2d 1484 (11th Cir. 1987) .................................................. 1, 8, 10

Soldal v. Cook County,
506 U.S. 56, 113 S.Ct. 538, 544, 121 L.Ed.2d 450 (1992) ............................................ 13

Soranno's Gasco, Inc. v. Morgan, 874 F.2d 1310 (9th Cir. 1989). ................................ 12

Spann v. Colonial Village Inc, 899 F.2d 24 (DC Cir. 1990) ........................................... 2

Swint v. Wadley, Alabama, 51 F.3d 988 (11th Cir. 1995)..................................................18

Terry v. Ohio, 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968)............................22, 23

Tierney v. Davidson, 133 F.3d 189 (2d Cir. 1998).........................................................23

United States v. United States Dist. Court,
407 U.S. 297, 92 S.Ct. 2125, 32 L.Ed.2d 752 (1972)................................................14, 15

Walker v. Benjamin, 293 F.3d 1030 (7th Cir.2002) .......................................................24
Warth v. Seldin, 422 US 490, 95 S.Ct. 2197, 45 L.Ed.2d 343 (1975 ..........................2, 3

Washington v. County of Rockland, 373 F.3d 310 (2d Cir. 2004).....................................4

Wedges/Ledges, Calif. v. City of Phoenix, Ariz.,
24 F.3d 56 (9th Cir. 1994)................................................................................2, 10, 11, 12

Wilkerson v. Johnson, 699 F.2d 325 (6th Cir. 1983).......................................................11

Zilich v. Longo, 34 F.3d 359 (6th Cir. 1994) *cert. denied*,
514 U.S. 1036, 115 S.Ct. 1400, 131 L.Ed.2d 288 (1995) ..................................................3

**Statutes**
ABC§§ 123 & 130 ...........................................................................................................18
ABC§106(15...................................................................................................................19
ABC§106(15)......................................................................................................18, 19, 20
ABC§130 .........................................................................................................................18
N.Y. Admin. Code § 20–362...........................................................................................20
N.Y. Admin. Code. § 20–359 ..........................................................................................21