UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X    Index no. 07CV9557
TIME'S UP, INC.

                           Plaintiff,

                 -Against-

                                                     AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                       Defendants.
------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Deputy Chief THOMAS GRAHAM of the Disorder Control Unit, of the New York City Police Department, 1278 Sedgwick Avenue, Bronx, NY 10452, by personally hand delivering a true and correct copy of same, to his place of business and into the custody of PO Henneberry (shield 22626) of the disorder control unit, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to Deputy Chief Thomas Graham, Disorder Control Unit, 1278 Sedgwick Avenue, Bronx, NY 10452.

Dated: February 26, 2008
        New York, NY

_____
CHRISTIAN GUTIÉRREZ

WILLIAM STECKLOW ESQ.
Notary Public - State of New York
No. . 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X     Index no. 07CV9557
TIME'S UP, INC.

                      Plaintiff,

        -Against-

                                                    AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                      Defendants.
------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Defendant Police Officer STEVEN BOBBETT, of the 13th precinct of the New York City Police Department, 230 E. 21st Street, New York, NY (the "13th Precinct") by personally hand delivering a true and correct copy of same, to his place of business and into the custody of PO Herman (Badge # 321037) of the 13th Precinct who, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to PO STEVEN BOBBETT, NYPD 13th Precinct, 230 E. 21ST STREET, NY NY 10011.

Dated: February 26, 2008
         New York, NY

        _____
        CHRISTIAN GUTIERREZ

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X     Index no. 07CV9557
TIME'S UP, INC.

                          Plaintiff,

        -Against-

                                                    AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                       Defendants.
-------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Defendant Police Officer LUIS MORTIMER of the 5th precinct of the New York City Police Department, 19 Elizabeth Street, New York, NY 10013, (the "5th Precinct")) by personally hand delivering a true and correct copy of same, to her place of business and into the custody of PO Pofu (Badge # 5469) of THE 5TH PRECINCT, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to LUIS MORTIMER, 5TH PRECINCT, NYPD, 19 ELIZABETH STREET, NY NY 10013.

Dated: February 26, 2008
       New York, NY

_____
CHRISTIAN GUTIERREZ

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X          Index no. 07CV9557
TIME'S UP, INC.

                      Plaintiff,

              -Against-

                                      AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                      Defendants.
-------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Defendant Police Officer CAROLYN FANALE, of the CHIEF OF DEPARTMENT'S OFFICE, ROOM 1300, ONE POLICE PLAZA, NY NY 10038 (One Police Plaza) by personally hand delivering a true and correct copy of same, to her place of business and into the custody of Sgt. McEnenaney (badge # 2133) of One Police Plaza who, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to CAROLYN FANALE, CHIEF OF DEPARTMENT'S OFFICE, ROOM 1300, ONE POLICE PLAZA, NY NY 10038.

Dated: February 26, 2008
         New York, NY

_____
CHRISTIAN GUTIERREZ

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
NY. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006