

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-193
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 9 2008
```

February 28, 2008

**BY FACSIMILE**

Hon. Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street, Room 735
New York, New York 10007

Re: Time's Up, Inc. v. City of New York, et al., 07-CV-9557 (PAC)

Your Honor:

We represent the City in this civil rights lawsuit. Pending before Your Honor is defendants' motion to dismiss the complaint, with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendant's reply brief is due tomorrow, Feb. 29, 2008. We write in order to request permission to file a reply brief no longer than fourteen (14) pages, four (4) pages longer than is generally permitted by Your Honor's rules. The additional pages are needed to address certain arguments raised by plaintiff in opposition, among other things. We assure the Court that the reply brief will be as concise as possible. We thank the Court for considering this request.

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

AGL/m
cc: Wylie M. Stecklow, Esq. (by facsimile)

**MEMO ENDORSED**

Handwritten annotation: February 29, 2008 — Application denied — and do not reduce the size of the typeface in order to comply with this order. So ordered. [signature] USDJ