UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TIME'S UP, INC.,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER OF THE
CITY POLICE DEPARTMENT RAY KELLY, OFFICER
CAROLYN FANALE, OFFICER STEVEN BOBBETT,
OFFICER LUIS MORTIMER, DEPUTY INSPECTOR
THOMAS GRAHAM, and APPROXIMATELY 34
OTHER UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS,

                              Defendants.

**REPLY DECLARATION**

07-CV-9557 (PAC)

------------------------------------------------------------------------ x

       ARTHUR G. LARKIN, for his declaration pursuant to 28 U.S.C. § 1746, states:

       1.     I am a Senior Counsel at the New York City Law Department and I am admitted to practice before the bar of this Court. I make this reply declaration in further support of defendant City of New York's motion to dismiss the complaint in its entirety, with prejudice, pursuant to Rules 4(m), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. I am fully familiar with the matters set forth below.

       2.     Attached as <u>Exhibit A</u> is a series of e-mail transmissions between the undersigned and plaintiff's counsel, Wylie M. Stecklow, which were made on Oct. 25-26, 2007.

       3.     Attached as <u>Exhibit B</u> is a series of e-mail transmissions between the undersigned and plaintiff's counsel, which were made on Jan. 8-9, 2008.

       4.     Attached as <u>Exhibit C</u> is an e-mail transmission from the undersigned to plaintiff's counsel, made on Feb. 26, 2008. I did not receive a response to this message, so I called plaintiff's counsel on Feb. 28, 2008, to inquire about the status of service upon the

individual defendants. During that conversation, counsel advised that the individuals had been served on "Monday or Tuesday" of this week, i.e., Feb. 25, or 26, 2008.

5.   Attached as <u>Exhibit D</u> are copies of the affidavits of service filed by plaintiff on or about Feb. 28, 2008 (*see* DE 10), which purportedly reflect service upon the individual defendants Fanale, Graham, Bobbett and Mortimer on Feb. 26, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on February 29, 2008.

_____
ARTHUR G. LARKIN (AL 9059)

# EXHIBIT A

**Larkin, Arthur**

**From:** WylieLAW [wylie@wylielaw.com]
**Sent:** Friday, October 26, 2007 1:40 PM
**To:** Larkin, Arthur
**Subject:** Re: Time'S UP Inc. v. City, et al., 07-CV-9557

As you represent these individuals and a communication (the letter requesting waiver of service)
has been sent to them via your office, I believe that you are under an obligation to convey the communication
to them.

Not trying to bust your chops here, but the letter I sent you came from the SDNY website,
this is clearly a procedure the Court favors. As set out in an earlier email, this is also something
that may save your clients additional anguish/professional embarrassment.

So I understand that there is a general rule in your office not to accept personal service on behalf of individual officers,
but in this situation where you already represent these individual officers, there is a procedure the Court has proposed,
and since the letter has been submitted to your office on behalf of these officers, this is no longer the standard situation,
but one that may require a non-standard response.

Wylie


(212) 566 8000      www.wylieLaw.com      Lawyers for the Rest of Us
  fx 212 202 4952        10 Spring -  N Y C   10012

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
The information contained in this e-mail communication may be confidential and legally privileged and is for the use of the intended recipient only. If you are not the intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, the dissemination, distribution or reproduction of this communication or its contents (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply e-mail and permanently delete it and any copies from your system and files.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


On 10/26/07 1:27 PM, "Larkin, Arthur" <ALarkin@law.nyc.gov> wrote:

> Wylie:
>
> I am not aware of any such ethical obligation under the circumstances here. If you are aware of a Discplinary
> Rule, Ethical Canon or court decision that would apply, please provide me with the citation.
>
> Arthur G. Larkin, Esq.
> Senior Counsel
> New York City Law Dep't
> 100 Church St., Room 3-193
> New York, New York 10007
> (212) 788-1599 (tel.)
> (212) 788-9776 (fax)
>
>
> **From:** WylieLAW [mailto:wylie@wylielaw.com]
> **Sent:** Friday, October 26, 2007 1:24 PM
> **To:** Larkin, Arthur

2/29/2008

**Subject:** Re: Time'S UP Inc. v. City, et al., 07-CV-9557

Arthur

Isn't it possible you are actually under an ethical obligation to take the letter I sent you and show it to the individual officers you represent?

Wylie


On 10/26/07 1:09 PM, "Larkin, Arthur" <ALarkin@law.nyc.gov> wrote:

> Wylie:
>
> We are not authorized to accept service for individual police officers. Thank you for your understanding.
>
> Arthur G. Larkin, Esq.
> Senior Counsel
> New York City Law Dep't
> 100 Church St., Room 3-193
> New York, New York 10007
> (212) 788-1599 (tel.)
> (212) 788-9776 (fax)
>
>
>
> **From:** WylieLAW [mailto:wylie@wylielaw.com]
> **Sent:** Friday, October 26, 2007 11:03 AM
> **To:** Larkin, Arthur
> **Subject:** Re: Time'S UP Inc. v. City, et al., 07-CV-9557
>
> Arthur
>
> You represent these individuals.
>
> You should ask them if they would like you to accept service, pursuant to the recommendation of the SDNY, or if they would prefer to get served at their place of business again.
>
> This is not a standard situation with a fresh new case. Accepting service on their behalves is not only cost effective, time efficient, but also, it may be the best course of action for your clients. Please consider speaking with your clients before dismissing the request out of hand.
>
> Wylie
>
> (212) 566 8000      www.wylieLaw.com      Lawyers for the Rest of Us
>   fx 212 202 4952        10 Spring –   N Y C   10012
>
> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
> The information contained in this e-mail communication may be confidential and legally privileged and is for the use of the intended recipient only. If you are not the intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, the dissemination, distribution or reproduction of this communication or its contents (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply e-mail and permanently delete it and any copies from your system and files.
> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

2/29/2008

On 10/25/07 7:23 PM, "Larkin, Arthur" <ALarkin@law.nyc.gov> wrote:

>> Wylie:
>>
>> Our office is not authorized to accept service on behalf of individual
>>  defendants.
>>
>> Arthur G. Larkin
>> Senior Counsel
>> NYC Law Dept.
>> 100 Church St., Room 3-193
>> New York, NY 10007
>> (212) 788-1599
>>
>>
>>
>>        -----Original Message-----
>>        **From:** WylieLAW  [mailto:wylie@wylielaw.com]
>>        **Sent:** Thursday, October 25, 2007 5:25 PM
>>        **To:** Larkin, Arthur
>>        **Cc:**  Marlon_Ovalles@nysd.uscourts.gov
>>        **Subject:** Re: Time'S UP Inc. v. City, et al., 07-CV-9557
>>
>>        10-25-07
>>
>>        Arthur
>>
>>        Please find  attached a  pdf version of the Summons,
>>        Complaint, Letter  requesting  personal service on  behalf
>>        of the individual  officers.
>>
>>        Paragraphs 100, 101, 107, 113  were  blacked out on the
>>        filed complaint, they have been formatted with 'double
>>        strike through' on the pdf version.
>>
>>        Earlier  today the Summons and  Complaint was  served
>>        on the City and  NYPD Commissioner (attached Complaint
>>        cover  sheet contains  service stamps).
>>
>>        Please let me know if you are  amenable to accepting
>>        service on the individual officers, as per the    instructions
>>        contianed on the SDNY website.
>>
>>        Thank    you,
>>
>>        Wylie

# EXHIBIT B

## Larkin, Arthur

**From:** WylieLAW [wylie@wylielaw.com]
**Sent:** Thursday, January 10, 2008 1:25 PM
**To:** Larkin, Arthur
**Subject:** Re: Time's Up v. City, et al.

Arthur

I am not authorized to consent to an extension of time.

If you prefer, you can accept service on behalf of the individual defendants and file a motion on behalf of all defendants.

Wylie

On 1/9/08 12:16 PM, "Larkin, Arthur" <ALarkin@law.nyc.gov> wrote:

> Wylie:
>
> Do you intend to serve them? If so, will you consent to an extension of time to file our motion to dismiss, since I would prefer to file one motion on behalf of all of the defendants, once they are served? Please advise.
>
> Arthur G. Larkin, Esq.
> Senior Counsel
> NYC Law Dept.
> 100 Church St., Room 3-193
> New York, New York 10007
> (212) 788-1599 (tel.)
> (212) 788-9776 (fax)
>
> **From:** WylieLAW [mailto:wylie@wylielaw.com]
> **Sent:** Wednesday, January 09, 2008 12:16 PM
> **To:** Larkin, Arthur
> **Subject:** Re: Time's Up v. City, et al.
>
> Arthur
>
> The individuals have not yet been served.
>
> Wylie
>
> On 1/8/08 7:40 PM, "Larkin, Arthur" <ALarkin@law.nyc.gov> wrote:
>
>> Wylie:
>>
>> Have the individual defendants been served yet? The ECF docket sheet does not indicate that affidavits of service have been filed. If the individual defendants have been served, would you please fax me copies of the affidavits of service. Thank you.
>>
>> Arthur G. Larkin
>> 212-788-1599

(212) 566 8000     www.wylieLaw.com     Lawyers for the Rest of Us
  fx 212 202 4952          10 Spring -  N Y C   10012

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
The information contained in this e-mail communication may be confidential and legally privileged and is for the use of the intended recipient only. If you are not the intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, the dissemination, distribution or reproduction of this communication or its contents (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply e-mail and permanently delete it and any copies from your system and files.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

(212) 566 8000     www.wylieLaw.com     Lawyers for the Rest of Us
  fx 212 202 4952          10 Spring -  N Y C   10012

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
The information contained in this e-mail communication may be confidential and legally privileged and is for the use of the intended recipient only. If you are not the intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, the dissemination, distribution or reproduction of this communication or its contents (including any attachments) is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or reply e-mail and permanently delete it and any copies from your system and files.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT C

## Larkin, Arthur

**From:** Larkin, Arthur
**Sent:** Tuesday, February 26, 2008 11:05 AM
**To:** Wylie M. Stecklow Esq. (E-mail)
**Subject:** Time's Up v. City, et al.

Wylie:

Have the individual defendants been served? If so, can you fax me copies of the affidavits of service? I don't see any affidavits of service on the docket sheet.

Thanks.

Arthur G. Larkin, Esq.
Senior Counsel
New York City Law Dept.
100 Church Street, Room 3-180
New York, New York 10007
212-788-1599 (tel.)
212-788-9776 (fax)

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X     Index no. 07CV9557
TIME'S UP, INC.

                Plaintiff,

-Against-

                                        AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                Defendants.
----------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Deputy Chief THOMAS GRAHAM of the Disorder Control Unit, of the New York City Police Department, 1278 Sedgwick Avenue, Bronx, NY 10452, by personally hand delivering a true and correct copy of same, to his place of business and into the custody of PO Henneberry (shield 22626) of the disorder control unit, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to Deputy Chief Thomas Graham, Disorder Control Unit, 1278 Sedgwick Avenue, Bronx, NY 10452.

Dated: February 26, 2008
       New York, NY

_____
CHRISTIAN GUTIERREZ

WILLIAM STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm Expires Jul. 22, 20__

/0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Index no. 07CV9557
TIME'S UP, INC.

                Plaintiff,

    -Against-

                              AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                Defendants.
----------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Defendant Police Officer STEVEN BOBBETT, of the 13th precinct of the New York City Police Department, 230 E. 21st Street, New York, NY (the "13th Precinct") by personally hand delivering a true and correct copy of same, to his place of business and into the custody of PO Herman (Badge # 321037) of the 13th Precinct who, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to PO STEVEN BOBBETT, NYPD 13th Precinct, 230 E. 21ST STREET, NY NY 10011.

Dated: February 26, 2008
       New York, NY

_____
CHRISTIAN GUTIERREZ

WYLIE M. STECKLOW ESQ.
Notary Public, State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 200_

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X        Index no. 07CV9557
TIME'S UP, INC.

                          Plaintiff,

             -Against-

                                                AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                          Defendants.
------------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Defendant Police Officer LUIS MORTIMER of the 5th precinct of the New York City Police Department, 19 Elizabeth Street, New York, NY 10013, (the "5th Precinct")) by personally hand delivering a true and correct copy of same, to her place of business and into the custody of PO Pofu (Badge # 5469) of THE 5TH PRECINCT, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to LUIS MORTIMER, 5TH PRECINCT, NYPD, 19 ELIZABETH STREET, NY NY 10013.

Dated: February 26, 2008
       New York, NY

_____
CHRISTIAN GUTIERREZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X    Index no. 07CV9557
TIME'S UP, INC.

                Plaintiff,

      -Against-

                                AFFIRMATION OF SERVICE

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN FANALE,
OFFICER STEVEN BOBBETT, OFFICER LUIS
MORTIMER (16934), DEPUTY INSPECTOR
THOMAS GRAHAM and APPROXIMATELY 34 OTHER
UNIDENTIFIED NEW YORK CITY POLICE OFFICERS,
                Defendants.
------------------------------------------------------X

I, Christian Gutierrez, affirm under penalty of perjury:

(1) I am over the age of eighteen years old and not a party to the above-referenced action.

(2) On February 26, 2008, I served the Summons and Verified Complaint in the instant action, upon Defendant Police Officer CAROLYN FANALE, of the CHIEF OF DEPARTMENT'S OFFICE, ROOM 1300, ONE POLICE PLAZA, NY NY 10038 (One Police Plaza) by personally hand delivering a true and correct copy of same, to her place of business and into the custody of Sgt. McEnenaney (badge # 2133) of One Police Plaza who, upon information and belief, was the officer in charge, and was suitable for receiving, and agreed to receive, such service of process.

(3) On or February 26, 2008, I mailed a true and correct copy of the summons and complaint to CAROLYN FANALE, CHIEF OF DEPARTMENT'S OFFICE, ROOM 1300, ONE POLICE PLAZA, NY NY 10038.

Dated: February 26, 2008
       New York, NY

_____
CHRISTIAN GUTIERREZ

WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST5U6337
Qualified in New York County
My Commission Expires Jul. 22, 200_