UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME'S UP, INC.

07 Ind. CIV 9557

        Plaintiffs,                          COMPLAINT

        -Against-

THE CITY OF NEW YORK,
COMMISSIONER OF THE NEW
YORK CITY POLICE DEPARTMENT
RAY KELLY, OFFICER CAROLYN            JURY TRIAL
FANALE, OFFICER STEVEN BOBBETT,     DEMANDED
OFFICER LUIS MORTIMER (16934),
DEPUTY INSPECTOR THOMAS GRAHAM
and APPROXIMATELY 34 OTHER UNIDENTIFIED
NEW YORK CITY POLICE OFFICERS,
                      Defendants.
-----------------------------------------------------------X

**PLAINTIFF TIME'S UP, INC., by their counsel, WYLIE STECKLOW, ESQ.**, allege as follows for their Complaint against the above defendants:

    1.    This is an action to redress the deprivation by the defendants of rights secured to the Plaintiff TIME'S UP, INC., ("TIME'S UP!"), by the Constitution of the United States and the State of New York.

    2.    TIME'S UP! was subjected to unlawful invasion, entry, and search of its premises in the absence of probable cause or a warrant, unlawful assault upon, harassment of, unlawful imprisonment and arrest of its members and associates, and deprivation of its rights to expressive speech, peaceably assemble, associate with its neighbors and engage in its lawful activities.

    3.    This is an action for damages sustained by citizens of the United States against police officers of the New York City Police Department, who unlawfully imprisoned, assaulted, and harassed individuals and unlawfully invaded, entered and

**Subject:** Re: Time'S UP Inc. v. City, et al., 07-CV-9557
**Date:** Thursday, October 25, 2007 5:24 PM
**From:** WylieLAW <wylie@wylielaw.com>
**To:** "Larkin, Arthur" ALarkin@law.nyc.gov
**Cc:** Marlon_Ovalles@nysd.uscourts.gov
**Conversation:** Time'S UP Inc. v. City, et al., 07-CV-9557

10-25-07

Arthur

Please find attached a pdf version of the Summons, Complaint, Letter requesting personal service on behalf of the individual officers.

Paragraphs 100, 101, 107, 113 were blacked out on the filed complaint, they have been formatted with 'double strike through' on the pdf version.

Earlier today the Summons and Complaint was served on the City and NYPD Commissioner (attached Complaint cover sheet contains service stamps).

Please let me know if you are amenable to accepting service on the individual officers, as per the instructions contianed on the SDNY website.

Thank you,

Wylie



On 10/25/07 10:24 AM, "Marlon_Ovalles@nysd.uscourts.gov" <Marlon_Ovalles@nysd.uscourts.gov> wrote:

> Wylie,
>
> I've shared your e-mail below and your October 19, 2007 letter with Judge Crotty. I've been instructed by Judge Crotty not to answer any further questions on this matter.
>
> Marlon Ovalles
> Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
> United States District Court
> Southern District of New York