# WYLIE M. STECKLOW
## ATTORNEY AT LAW
10 SPRING – NYC 10012

-----------

(212)566-8000
E-Mail: WYLIE@WYLIELAW.COM
www.WYLIELAW.com

January 20, 2008

Via Email
The City of New York
Law Department
100 Church Street
New York, NY 10007

Attn:   Arthur G. Larkin, Esq.

      Re:   Alford v. NYPD, et al
      Index: 06CV2512

Dear Counselor:

    I am in receipt of your three most recent correspondences concerning the video review and identification of officers assigned to specific vehicles. You have failed to identify the officers in Cruiser 1249, 1304, 2435, and SUV CSY 7219. I understand that a flood has destroyed the Fifth Precinct logbooks. However, you had previously raised this issue with the Court and had been instructed to review the memobooks of all the officers on duty on that evening from the Fifth Precinct in order to ascertain who was assigned to these vehicles.

    Additionally, you have failed to identify two of the three remaining officers from video images provided to you more than 12 months ago. In fact, in February 2007, the Court ordered you to identify these officers, but to date; their identity has not been provided to the Plaintiffs.

    Nonetheless, I do not believe the painstaking review of the memobooks will be necessary. By this correspondence, the three remaining individual plaintiffs accept the City's most recent offer of Five thousand ($5,000.00) dollars each to settle their individual claims. However, in light of the ongoing companion litigation (Times UP v NYC, et al), the identification of the two officers is still requested. I do not believe a Court appearance on Tuesday will be necessary. Please let me know if you disagree.

    I remain,

                                         Very truly yours,

                                         WYLIE M. STECKLOW, ESQ.