qantas.com/us
Fly JFK to Australia from $1448
Book Now



# DAILY NEWS
# Ideas & Opinions

SEARCH FOR [      ] IN Current [GO]

DAILY DISH

REGISTER | HEADLINES          CLASSIFIEDS | HELP

HOME   NEWS & VIEWS   SPORTS   ENTERTAINMENT   BIZ/MONEY   BOROUGHS   CITY LIFE   SERVICES

**Related Stories**

» Don't miss a beat on the campaign trail with our new Election Central! Breaking-news stories from the Bush and Kerry campaigns, plus great photo galleries, are updated around the clock, as are special multimedia features and streaming audio/video.

**Ad Links**

**New Costa Rica Property**
Ocean and Mountain Views. Pre-Development Pricing. Free DVD.
www.CostaLandSales...

**Quit Smoking in 07**
Live a healthier life.
All Natural Cigarrest.
Free trial!
www.cigarrest.com

**Credit Score Below 600?**
No Problem. We help people with poor credit Refinance their...
www.nationalhomes...

**Need Health Insurance?**
Find out how YOU might save 100's!
Get Free Quotes from local agents.
www.USAHealthQuot...

# Extremists have hijacked the bike rides

**Be Our Guest**

By POLICE COMMISSIONER RAYMOND W. KELLY

In years past, cyclists would ride together on city streets on the last Friday of the month, stopping at red lights, using bike lanes where they existed and generally observing the traffic laws that applied to them and to motorists.

For some, the rides were nice communal exercises. For others, they were demonstrations of how bicycles present a practical alternative to automobiles, especially in car-congested cities.

This year, however, as the Republican National Convention approached, something important changed. The rides were hijacked by groups of cyclists intent on disruption and on violating the law.

Where once the cyclists were courteous observers of the rules of the road, the newcomers transformed rides into disruptive, often dangerous events.

For example, on July 30, hundreds of cyclists entered the lower portion of the northbound FDR Drive en masse and at night. They posed a real danger to themselves and to the motorists trying to dodge them. Fortunately, through police action and sheer luck, no one was injured that night.

On the same night, groups of cyclists sent teams ahead of them to "cork" or block side streets with bicycles so that the larger groups could run red lights without encountering crosstown traffic. The result was that thousands of cyclists proceeded unfettered north and south on midtown avenues while eastbound and westbound traffic was blocked for as much as 20 minutes at a time.

One member of my staff saw an ambulance stuck on an eastbound street and tried unsuccessfully to make the cyclists stop to free it. In another instance, a news reporter captured on video the disturbing images of cyclists pummeling a motorist who tried to proceed on a green light.

After the group Critical Mass called for large numbers to engage in similar tactics on Aug. 27 just before the GOP convention, the NYPD distributed flyers to thousands of cyclists who gathered in Union Square Park, warning them that they



**Fall Asleep Easily!**
Safe, Natural, Non-addictive relief now available. Free 30-day trial!
www.sleepingeasy.com

Buy a link here

would be subject to arrest and their bicycles seized if they violated the law.

Despite these warnings, wholesale violations of the law occurred, and more than 200 arrests were made.

Now that Critical Mass has identified itself as an interested party, the Police Department has called on it to seek a permit if it intends to continue to use the rides in a way that puts so many in jeopardy. Otherwise, each and every participant is expected to obey the law or be subject to arrest. That includes observing traffic signals and riding in the curb lane no more than two abreast.

The Police Department is convinced that these rides can be achieved in a lawful and even celebratory way.

But there'll be little to celebrate if someone dies in an ambulance stuck in crosstown traffic or if a "corker" lets a car slip through and a cyclist is killed running the light.

For safety's sake, Critical Mass needs to act responsibly if it goes ahead and stages a ride tomorrow or any in the future.

In any case, the Police Department will do its duty and enforce the law.

**Originally published on October 28, 2004**

- Fresh stories hot off the site every day via RSS!
- Have stories like this emailed right to your inbox!
- Email this story
- Printer-friendly version





Home | News & Views | Sports | Entertainment | Business | Boroughs | City Life | Services

All contents © 2007 Daily News, L.P.
Terms and Conditions of Use | Privacy Policy

SECRET

- The above listing information was cross referenced with a media advisory issued by the RNC organizing committee on 30 January, 2004, and revealed the following:
    - The **Algonquin Hotel** will be the temporary residence of RNC delegates from the **District of Columbia**.
    - The **Marriott Marquis** will be the temporary residence of RNC delegates from **California**.
    - The **Millennium Hilton** will be the temporary residence of RNC delegates from **Utah**.
    - The **Hilton New York** will be the temporary residence of RNC delegates from **Texas**.

## ACTIVIST GROUP "TIMES UP" TO SPONSOR PROTEST DEMONSTRATION DURING AUGUST 2004 REPUBLICAN NATIONAL CONVENTION

- Current intelligence indicates that "TIMES UP", an environmental activist organization, will sponsor a "**Critical Mass**" protest action on Friday, 27 August 2004.
    - "**Critical Mass**" protest actions are protest events in which **all participants** utilize bicycles, roller skates, etc.
    - This event is described as an "early, festive" event to kick-off anti-RNC protest events.

- The group also claimed it would organize the "*Bike Blocs*" in the permitted "United For Peace and Justice" protest event, scheduled for Sunday, 29 August 2004.
    - "**Bike Blocs**" are activists who utilize bicycles during protest marches **in addition** to activists on foot.
    - Past strategies deployed by Bike Blocs include:
        - Stopping/slowing vehicular traffic.
        - Blocking intersections.

SECRET

ATTORNEYS-EYES ONLY Pursuant To January 12, 2007 Order

Confidential and Subject to Protective Order (USDC SDNY)

000102627



## UPCOMING EVENTS FOR 08/27/2004

- **"Times Up" To Hold Critical Mass Bike Ride Today**

    o On Friday, August 27, at 1900 hours, the group **"Times Up"** will hold its "Critical Mass" event - (bicycle ride normally held on last Friday of every month) at Union Square Park and will ride to an undisclosed location.
    - These critical mass events are usually the largest of Times Up bicycle rides and **are capable of drawing two to three thousand bicyclists.**
    
    o After this event group will have an after party at the Frying Pan, which is located at Pier 63 (23rd Street and 12th Avenue).
    
    o Group has been known to intentionally obstruct vehicular traffic.

- **Green Dragon to Cross New York Harbor**

    o On Friday, August 27 at 1400 hours, **Green Dragon** will stage a **"Crossing of New York Harbor" event from Staten Island to Manhattan.**
    
    o The group will board the Staten Island Ferry at St. George Terminal on the S.I. side and travel to Manhattan.
    
    o The event is being held to symbolize George Washington's historic crossing.
    
    o At the time of this writing, the group had not announced its plans once in Manhattan

- **9/11 Family Group to Complete "Stonewalk" Protest**

    o Tomorrow, a group consisting of the **family members of civilians who perished during the 9/11** terrorist attacks will continue its "Stonewalk" protest event by arriving at **Fordham University** in the **Bronx.**
    
    - Participants will **pull, by hand, a cart carrying a 1400 pound granite memorial honoring "Unknown Civilians Killed in War."**

**Law Enforcement Sensitive**
Not for public release. This document is for official use only. Limit dissemination to law enforcement personnel and designated local, state, federal and military officials with a need to know. This product should NOT be placed on any Internet router outside your agency. This document and/or any portion of this document can not be reproduced copied or edited in writing or in verbal form without the express permission of the Republican National Convention Fusion Center.

ATTORNEYS-EYES ONLY Pursuant To January 12, 2007 Order

Confidential and Subject to Protective Order (USDC SDNY)

000102904





# RNC INTELLIGENCE SITUATION REPORT
08-27 0700 hours

### FINAL REPORT

The following is a synopsis of reported activities and relevant responses covering the period of 08/26/2004 1700 hours through 08/27/2004 0700 hours.

## TODAY'S EVENTS

- **Times Up to hold Critical Mass Bike Ride,** tonight, 1900 hours, Union Square Park to an undisclosed location. There will be an after-party at the Frying Pan, located at Pier 63 (23rd Street and 12th Avenue). This event is **capable of drawing between 2000 and 3000 bicyclists. This group has been known to intentionally obstruct vehicular traffic.**

- **A31 Coalition to conduct press conference at City Hall,** today at 1230 hours, on the Steps of City Hall. The **A31 Coalition is organizing full day of multiple direct action(s) in New York City targeting the RNC on 31 August and participants considering diversionary tactics (false calls to 911 of rioting, etc.)**

- **Green Dragon to Cross New York Harbor,** today, 1400 hours. **Green Dragon** will stage a "Crossing of New York Harbor" event from Staten Island to Manhattan. **The group will board the Staten Island Ferry at St. George Terminal on the S.I. side and travel to Manhattan.**

- **NYC Service Workers, Veterans, City Council Member Charles Baron and Bill Perkins to Protest RNC's Impact on the City,** today, 1245 hours, on the steps of City Hall. **The demonstrators will describe how and why the RNC hurts New Yorkers.**

**Law Enforcement Sensitive**
Not for public release. This document is for official use only. Limit dissemination to law enforcement personnel and designated local, state, federal and military officials with a need to know. This product should NOT be placed on any Internet router outside your agency. This document and/or any portion of this document can not be reproduced copied or edited in writing or in verbal form without the express permission of the Republican National Convention Fusion Center.

ATTORNEYS-EYES ONLY Pursuant To January 12, 2007 Order

Confidential and Subject to Protective Order (USDC SDNY)

000102915





# RNC INTELLIGENCE SITUATION REPORT

Friday, August 27, 2004 - 1700 hours

### FINAL REPORT

The following is a synopsis of reported activities and relevant responses covering the period of 08/27/2004 0700 hours through 08/27/2004 1700 hours.

## TONIGHT'S EVENTS

- **Times Up to hold Critical Mass Bike Ride,** tonight, 1900 hours, from Union Square Park to an undisclosed location. This event is **capable of drawing between 2000 and 3000 bicyclists. This group has been known to intentionally obstruct vehicular traffic.**

- **War Resisters League/PAUSE – Palestinian Action of Union Square East,** today at Union Square Park. This **weekly anti-war event is usually conducted by approximately 25 persons.**

- **"Christian Defense Coalition" to Hold Candlelight Vigil Near MSG.** Tonight, between **2030 to 2130 hours,** in the vicinity of MSG, on 7th Ave. from 31st to 32nd Streets. Approximately 100 people are expected to participate.

- **"Committee for Social Justice in Columbia" to Conduct Weekly Event,** today, between 1700 and 1800 in front of the offices of Remy Amerique (makers of Cointreau Liquor) and again between 1800 to 1900 hours at the NY Offices of Coca-Cola, located at 711 5th Avenue. This weekly protest is usually conducted by approximately 25 participants.

**Law Enforcement Sensitive**
Not for public release. This document is for official use only. Limit dissemination to law enforcement personnel and designated local, state, federal and military officials with a need to know. This product should NOT be placed on any Internet router outside your agency. This document and/or any portion of this document can not be reproduced copied or edited in writing or in verbal form without the express permission of the Republican National Convention Fusion Center.

ATTORNEYS-EYES ONLY Pursuant To January 12, 2007 Order

Confidential and Subject to Protective Order (USDC SDNY)

000102923



- **Suspicious phone call**
  - Yesterday, at approximately 2355 hours United States Embassy operator received a call from an unidentified male with a Chinese accent who stated four attack teams have been dispatched with rockets and aircraft to attack the Chairman of the Republican Party.

- **Suspected terrorist**
  - Female complainant states she believes her boyfriend [REDACTED] may be a terrorist as he has maps that he receives from terrorist groups in Washington D.C. that have the, Jacob Javitz Center, Empire State Building and the Brooklyn Bridge with X marks on them.
  - [REDACTED] has shown interest in moving to Pennyslvania "...because bad things will happen soon."
  - The investigation is continuing.

- **Video Camera Found at Van Cortland Park**
  - Yesterday, a Parks Department employee reported that a video camera and a bag containing a cellular phone was found affixed to a tree at 252 Street and Broadway opposite Van Courtland park, facing the Henry Hudson pkwy.
    - NOTE- This location was vandalized by apparent anti-RNC activists prior to the "GOP Golf Outing," which took place yesterday at this location.

## DEMONSTRATION ACTIVITIES

- **"Times Up" holds massive Critical Mass Bike Ride**
  - Last night, **approximately 5000 persons** participated in the above event that disrupted traffic and caused unrest at several locations throughout Manhattan.
  - **There were 284 arrests made at numerous locations.**

- **War Resistors League/PAUSE – Palestinian Action of Union Square East**
  - Yesterday, between 1200 and 1400 hours held an anti-war event at Union Square Park. **There were 20 participants and no incident reported.**

---
**Law Enforcement Sensitive**

Not for public release. This document is for official use only. Limit dissemination to law enforcement personnel and designated local, state, federal and military officials with a need to know. This product should NOT be placed on any Internet router outside your agency. This document and/or any portion of this document can not be reproduced copied or edited in writing or in verbal form without the express permission of the Republican National Convention Fusion Center.

ATTORNEYS-EYES ONLY Pursuant To January 12, 2007 Order

Confidential and Subject to Protective Order (USDC SDNY)

000102946